# U.S. District Court
## DISTRICT OF KANSAS (Kansas City)
## CRIMINAL DOCKET FOR CASE #: 2:20−mj−08193−JPO−1

| | |
|---|---|
| Case title: USA v. Correa | Date Filed: 08/26/2020 |
| Other court case number: 20−18 Southern District of New York | |

Assigned to: Magistrate Judge James P. O'Hara

**Defendant (1)**

| | | |
|---|---|---|
| **Jonatan Correa** *also known as* Raid | represented by | **Gary D. Stone** New Brotherhood Bank Building 753 State Avenue, Suite 388 Kansas City, KS 66101 913−281−6601 Fax: 913−281−6602 Alternative Phone: Cell Phone: 816−516−8000 Email: stonelawoffice@sbcglobal.net *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Designation: Retained* *Bar Number: 17204* *Bar Status: Active* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Removal of arrested defendant to the Southern District of New | |

York.

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Donald Christopher Oakley**<br>Office of United States Attorney – KCKS<br>500 State Avenue, Suite 360<br>Kansas City, KS 66101<br>913–551–6730 ext 6604<br>Alternative Phone:<br>Cell Phone:<br>Email: chris.oakley@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br>*Bar Number: 19248*<br>*Bar Status: Active*<br><br>**Scott C. Rask**<br>Office of United States Attorney – KCKS<br>500 State Avenue, Suite 360<br>Kansas City, KS 66101<br>913–551–6730<br>Fax: 913–551–6541<br>Alternative Phone:<br>Cell Phone: 913–433–4074<br>Email: Scott.Rask@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br>*Bar Number: 15643*<br>*Bar Status: Active* |

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 08/26/2020 | | | ARREST (Rule 5(c)(3) Out) of Jonatan Correa. (hw) (Entered: 08/26/2020) |
| 08/26/2020 | 1 | | ENTRY OF APPEARANCE: by attorney Gary D. Stone appearing for Jonatan Correa (Stone, Gary) (Entered: 08/26/2020) |
| 08/26/2020 | 2 | | MINUTE ENTRY for proceedings held before Magistrate Judge Teresa J. James: INITIAL APPEARANCE IN RULE 5(c)(3) PROCEEDINGS as to Jonatan Correa held on 8/26/2020. Release Order executed. Arraignment before Magistrate Judge in Southern District of New York on 9/1/2020 at 2:00 PM via zoom. (Court Reporter Nancy Wiss) (Tape #Zoom –12:32 PM) (ydm) (Entered: 08/26/2020) |
| 08/26/2020 | 3 | | |

|  |  |  |  |
|---|---|---|---|
|  |  |  | CONSENT TO APPEAR BY VIDEO OR TELEPHONE CONFERENCE for initial appearance and detention hearing as to Jonatan Correa. (ydm) (Entered: 08/26/2020) |
| 08/26/2020 | 4 |  | ORDER SETTING CONDITIONS OF RELEASE as to Jonatan Correa (1). Signed by Magistrate Judge Teresa J. James on 8/26/2020. (ydm) (Entered: 08/26/2020) |
| 08/26/2020 | 5 |  | WAIVER of Rule 5 & 5.1 Hearings by Jonatan Correa. (ydm) (Entered: 08/26/2020) |
| 08/26/2020 |  |  | RULE 5(c)(3) REMOVAL HEARING PAPERS SENT TO Southern District of New York as to Jonatan Correa. (ydm) (Entered: 08/26/2020) |

3

# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 20-8193-JPO |
| JONATAN CORREA, | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

**COMES NOW**, Gary D. Stone, and hereby enters his appearance on this 26th day of August, 2020 on behalf of the above-named defendant, **JONATAN CORREA**.

/s/ Gary D. Stone

GARY D. STONE
753 State Avenue, Suite 388
Kansas City, Kansas 66101
(913) 281-6601
(913) 281-6602 (Fax)
(816) 516-8000 (Mobile)

Attorney for Defendant

**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL**

**PRETRIAL PROCEEDINGS**

**UNITED STATES OF AMERICA,**         Chris Oakley AUSA

       **Plaintiff,**

v.                                    Case No: 20-8193-JPO
                                      Charging District No: S2 20 Cr. 18

**JONATAN CORREA.**                   Gary Stone (retained)
       **Defendant.**

| JUDGE: | Judge James | DATE: | 8/26/2020 |
|---|---|---|---|
| CLERK: | Carol Kuhl | TAPE/REPORTER: | Zoom Nancy Wiss – 12:32 PM |
| TIME IN COURT: | 25 minutes | PROBATION: | Amanda Hudson |

**PROCEEDINGS**

☒ **Initial Rule 5/Rule 5©(3) Out of District**   ☐ Initial Revocation Hearing   ☐ Bond Hearing
☐ Detention Hearing                                ☐ Preliminary Hearing          ☐ Bond Revocation Hearing
☐ Arraignment
☐ Discovery Conference
☒ **Charges and penalties explained to defendant**   ☒ **Defendant sworn**
                                                    ☐ Counsel appointed

☒ **Constitutional Rights Explained**
☒ **Felony**   ☐ Misdemeanor
☐ Declines to Waive Indictment               ☐ Will be presented to next Grand Jury
☐ Signed Waiver of Indictment                ☐ Information filed Click here to enter text.
☐ Advised of Rights Under Rule _____
☐ Signed Consent to Transfer _____
☒ **Waived:**   ☒ **Identity Hearing**
                ☒ **Preliminary Hearing**
                ☐ Detention Hearing
                ☐ Identity hearing, production of the warrant, and any preliminary or detention hearing to which entitled in this district. (Preliminary or detention hearing to be held in prosecuting district, at a time set by that court).

☒ **Release Order executed**
☐ Continued on Present Bail
☐ Remanded to Custody
☐ Case Management Order will be issued by Magistrate Judge James
☐ Identity/Detention/Preliminary can be held on
☒ **Defendant's next appearance: Arraignment before Magistrate Judge in Southern District of New York on 9/1/2020 at 2:00 PM via zoom.**

**Kansas case to be closed.**

# In the United States District Court
# for the District of Kansas

**United States of America**,
    *Plaintiff*,

v.                                          Case No.

          through Gary D. Stone
_____,
    *Defendant*.

## Consent to Appear by Video Teleconference or Telephone Conference

I, _____, understand that under Federal Rule of Criminal Procedure 43 and the United States Constitution I have a right to be present in open court for the below-listed proceedings in my criminal case. After consulting with counsel, I hereby consent to appear by video teleconference or by telephone conference for the below-listed, marked proceedings:

| | |
|---|---|
| _____ initial appearance | _____ Rule 40 appearance |
| _____ arraignment | _____ misdemeanor plea & sentencing |
| _____ detention hearing | _____ felony plea |
| _____ preliminary hearing | _____ felony sentencing |
| _____ waiver of indictment | _____ probation/supervised release revocation proceedings (including pretrial release) |

Pursuant to Administrative Order 2020-9, defense counsel of record has signed electronically on the defendant's behalf. Counsel states the following:

(1) The defendant has had the opportunity to consult with counsel;
(2) The defendant agrees to the waiver or consent; and
(3) The defendant agrees that counsel may sign the waiver or consent on the defendant's behalf.

_____          _____
Defendant                                Defense Counsel

_____
Date

Client is Spanish speaking; therefore, a Spanish interpreter was used.

Federal Public Defender 6.30.20

AO 199A (Rev. 12/11) Order Setting Conditions of Release  Page 1 of __3__ Pages

# UNITED STATES DISTRICT COURT
for the
District of Kansas

United States of America )
v. )
JONATHAN CORREA, ) Case No. KS: 20-8193  SDNY: S2 20-18
)
*Defendant* )

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____
*Place*
Zoom Hearing before Magistrate Judge in the Southern District of NY

on __Sept. 1, 2020 at 2:00 pm Eastern Time__
*Date and Time*
VIA ZOOM.

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 12/11) Additional Conditions of Release  Page 2 of 3 Pages

# ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____ Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____ _____
*Custodian* *Date*

( X ) (7) The defendant must:
   ( ) (a) submit to supervision by and report for supervision to the _____ ,
       telephone number _____ , no later than _____ .
   ( ) (b) continue or actively seek employment.
   ( ) (c) continue or start an education program.
   ( X ) (d) surrender any passport to: Clerk, U.S. District Court
   ( X ) (e) not obtain a passport or other international travel document.
   ( X ) (f) abide by the following restrictions on personal association, residence, or travel: Travel is restricted to the United States.

   ( ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____

   ( ) (h) get medical or psychiatric treatment: _____

   ( ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____

   ( ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
   ( X ) (k) not possess a firearm, destructive device, or other weapon.
   ( ) (l) not use alcohol ( ) at all ( ) excessively.
   ( ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
   ( ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
   ( ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
   ( ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
       ( ) (i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____ , or ( ) as directed by the pretrial services office or supervising officer; or
       ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
       ( ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
   ( ) (q) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.
       ( ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.
   ( ) (r) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
   ( ) (s) _____

Case 2:20-mj-08993-JPO Document 64 Filed 08/26/20 Page 10 of 31
Case 1:20-cr-00018-RMB Document 14 Filed 08/27/20 Page 10 of 11

AO 199C (Rev. 09/08) Advice of Penalties      Page 3 of 3 Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

    Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

    While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

    It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

    If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

    A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

    I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

s/Jonatan Correa by GS/CK
*Defendant's Signature*

*City and State*

### Directions to the United States Marshal

(✓) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 8-26-20

*Judicial Officer's Signature*

U.S. Magistrate Judge Teresa J. James
*Printed name and title*

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

Case 2:20-mj-08193-JPO Document 5 Filed 08/26/20 Page 1 of 11
Case 1:20-cr-00018-RMB Document 14 Filed 08/27/20 Page 11 of 11

AO 466A (Rev. 07/16) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 20-mj-8193-JPO |
| Jonatan Correa ) | |
| ) | Charging District's Case No. 20-cr-00018-RMB |
| *Defendant* ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Southern District of New York.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑ an identity hearing and production of the warrant.

☑ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that any preliminary or detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 08/26/2020

/s/ Jonatan Correa
*Defendant's signature*

/s/ Gary D. Stone
*Signature of defendant's attorney*

Gary D. Stone
*Printed name of defendant's attorney*

11