

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 1, 2020

**BY CM/ECF**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Jonatan Correa*, **S2 20 Cr. 18 (RMB)**

Dear Judge Berman:

    The Government writes with the consent of defense counsel to request that the Court schedule an initial pre-trial conference in the above captioned case for October 26, 2020 at 10:30 a.m.

    As background, the defendant Jonatan Correa was arrested on August 25, 2020 in the District of Kansas. On August 26, 2020, Correa was presented in the District of Kansas pursuant to Rule of Criminal Procedure 5(c)(3). Earlier today, September 1, 2020, the defendant appeared remotely before the Honorable James L. Cott, United States Magistrate Judge, and was presented and arraigned on the S2 Indictment. The defendant is presently released on bail in the District of Kansas, where he resides.

    The parties are presently engaged in discussions about a schedule for the production of discovery and a possible pre-trial disposition. Accordingly, a conference on October 26, 2020 will allow the parties to continue these discussions. Upon the Government's motion, and with the consent of defense counsel, Magistrate Judge Cott has excluded time under the Speedy Trial Act until October 26, 2020.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney

By: _____
    Mollie Bracewell/Andrew K. Chan/Christy Slavik
    Assistant United States Attorneys
    (212) 637-2218/1072/1113