**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

          20 CR. 18 (RMB)

  -against-

**ORDER**

JONATAN CORREA,
                Defendant.
------------------------------------------------------------X

      The telephone status conference previously scheduled for Monday, October 26, 2020 at 10:30 AM is hereby rescheduled to Tuesday, November 10, 2020 at 9:30 AM.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 2018

Dated: October 20, 2020
       New York, NY

                                          RICHARD M. BERMAN
                                                U.S.D.J.