UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
     Government,

    20 CR. 18 (RMB)

-against-

**ORDER**

JONATAN CORREA,
     Defendant.
------------------------------------------------------------X

  The Court will hold a telephone status conference on Tuesday, January 12, 2021 at 11:30 AM.

  Participants, members of the public and the press can use the following dial-in information:

  USA Toll-Free Number: (877) 336-1829
  Access Code: 6265989
  Security Code: 2018

Dated: January 7, 2021
   New York, NY

          _____
          RICHARD M. BERMAN
          U.S.D.J.