LAW OFFICES
# DAVID WIKSTROM
950 THIRD AVENUE - 32ND FLOOR
NEW YORK, NEW YORK 10022

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

January 13, 2021

The Honorable Richard M. Berman  **[MEMO ENDORSED p. 2]**
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: <u>United States v. Jonatan Correa</u>
           20 CR 18 (RMB)

Dear Judge Berman:

    By this letter motion, Defendant Jonatan Correa seeks a bail modification to permit travel from his home in Kansas to Colorado, between January 14 and January 17, 2021. The Government does not oppose the request. Pretrial Services (in Kansas) has not yet indicated its position other than to state that travel must be Court-approved.



    Accordingly, the Defendant respectfully requests that the Court approve the application for Mr. Correa's travel between 1/14/21 and 1/17/21. If approved, Mr.

Correa will provide Pretrial Services in advance with his precise location and contact information.

Respectfully submitted,

David Wikstrom

Application granted.

SO ORDERED:
Date: 1/13/2021

Richard M. Berman, U.S.D.J.