Jacinda Kahle
15711 W 143rd Ter
Olathe, KS 66062

January 10, 2021

The Honorable Richard M Berman
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Your Honor,

I am Jonatan Correa's fiancé.  We plan to be married April 3, 2021.  We have known one another for over 15 years, have been a couple for 10 years, and have lived together since December of 2016.  I am writing with regard to Jonatan's guilty plea.

I am currently the Business and HR Manager for First Impression Painting, Inc., and First Impression Drywall, Inc.  Prior to this, I have been in various HR and Accounting Management positions with different companies.  Jonatan has owned these companies for over three years, and has more than 100 families depending on his leadership, client relationships, and daily management, for their livelihoods.  Our own family is one that greatly depends on his ability to be present at, guide, and lead these companies.  Jonatan's ability to cultivate strong relationships with builders, contractors, and vendors is THE reason these two companies are successful.  It is what has made it possible for Jonatan and I to work in the same companies and provide for our family.

Our family is normally just the two of us.  However, 

At Thanksgiving this past year, while going around the table to say what we were all thankful for, my daughter broke into tears and said, "I am thankful that I have an actual father figure in my life, now.  I never thought I would have that, and now, when I REALLY need it, all you (Jonatan)

have done is help me.  You didn't need to do ANYTHING for us, but every day you do SOMETHING to help me and my daughter."

Jonatan is the glue that keeps our family together.  He helps without worrying about any consequence to himself.  He helps without ever announcing that he is helping.  Jonatan is truly one of the most selfless people I know.

His selflessness is exactly what go him where he is today.  A successful business owner, wonderful partner in life, incredible step-dad, and now, in trouble for copywrite infringement.  He LOVED that his family could watch movies together.  He has been a movie buff as long as I've known him.  He never charged anyone for access to his movies.  He got such a kick out of knowing that he was doing something good for people.  He loved the phone calls from his nephews when they would get so excited that their favorite movie was on their TV.  His role in this world is to help others and make them happy, and that is all he continues to do each and every day.

Your Honor, I know that by the time this letter gets to you, my fiancé, Jonatan, will have already entered a guilty plea.  My personal plea is to you.  That you understand the things that Jonatan does for me, my family, his family, our family.  The fact that, as a successful busines owner, he is able to help hundreds of people put food on their tables and roofs over their heads.  One of the people he provides for is me.  Without First Impression, I have no job.  Without First Impression, the financial help for the legal fees for my daughter and granddaughter ceases.  And, most importantly, without him my own emotional support through all of these trying times ends.  Jonatan is an astonishingly caring person, hard worker, and family protector.  He is my rock.

Thank you for your time and consideration of my view.

Respectfully,


Jacinda R Kahle