# Olga Lucia Kingsby
20897 W. 115th St, Olathe, KS 66061
913-707-0352; o1kingsby@gmail.com

January 9, 2021

Honorable Richard M. Berman
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Honorable Richard M. Berman,

I am writing this letter in connection with Jonatan Correa's sentencing of his guilty plea. I am aware of this situation and would like to voluntarily place myself on record on behalf of Jonatan Correa.

I am Jonatan's older sister. After eighteen years of marriage, my parents separated while Jonatan was yet in the womb. My mother relocated to a shelter for displaced women until she was able to secure a modest home for herself and six children. Jonatan was the only child that never lived with both parents simultaneously. I am an RN and specialize in in-patient acute care of patients with kidney/liver disease and kidney transplantation. I have been doing this for twenty-three years. I get to witness persons of all walks of life literally receiving a second chance at a quality of life that may have been taken for granted at some point.

I have always loved Jonatan's qualities of loyalty and family-centered, especially since he did not have a perfect template to follow from his youth. He is loyal to family and close friends he considers to be as close as family. He was present at the birth of my children; only those we are especially fond of are present for such tender moments. He is usually first to call or visit and genuinely know how you are and how he may help. He is great at listening. Now we endeavor to keep those close ties. After work, we come home to enjoy our family.

In the summer, we enjoy cookouts and weekends at an area lake where he spends a lot of time with this nieces and nephews. In the fall/winter, we gather to watch NFL football (Go Chiefs!), partake of food together and enjoy each other's company.  Many times, Jonatan is grilling the main entrée.  My daughter describes him as "fun, non-condescending, and enjoyable"; she is fourteen. My son describes him as "hard-working, fun, cool, and loyal to his family".   I look forward to when Covid-19 will not hinder our tradition to congregate and cherish those we love.

I am certain that Jonatan did not engage in the DVD copying for money whatsoever. He did not receive any favors in return either. He is one of two children out of seven to go and graduate from college. Jonatan was employed by his brother in a family-owned business that he has since bought and successfully managed himself.  This company, in turn, provides employment to others. Literally, hundreds of people rely on Jonatan for business and personal income.  First Impression is a reputable company in the Kansas City Metro area.

Jonatan is devoted to his family. He walked in my wedding almost twenty-two years ago and was present for the birth of both of my children. He now has a family of his own; his fiancé Jacinda and her daughter and granddaughter that he has supported financially and emotionally after a separation. He cares deeply for his mother, who lives in a senior residential community, and most recently gifted her reliable transportation so that she may have a secure way to do grocery shopping or get to her doctor's visits.

I trust these words help build a more complete picture of the man that stands in front of you.  Thank you deeply for your consideration.


Sincerely,


Olga Lucia Kingsby