To:     The Honorable Richard M. Berman
        United States District Judge
        Southern District of New York
        United States Courthouse
        500 Pearl Street
        New York, New York 10007

My name is Julian Correa, I'm 54 years old and proudly of being Jonathan Correa older Brother. In my experience I've heard the words "little brother" used in many ways. Some Good and sometimes not so good. In my life the words "Little Brother" means:

1. True Friend: About 13 years ago I got divorced. While I was learning to be a time shearing parents of my two kids, Jonathan offer to move in with me to help me be a single parent. At the beginning, I struggled with the changes of being a divorced parent. With his help I learned it was Ok to struggle as long I maintain loving Sophia and J.J. He helped me with late afternoon sports and school activities the kids had. I remember one day he skipped work to join me and my kids in the yearly School field day. The field Day was about different competitions between classes.  My intention was to support my children but with Jonathan we became the kids' class main coaches. His positive look at life made the classmates of my kids chant us songs at the end of the competitions.
2. Responsible: Jonathan put himself through college and finishing top at his class. Successfully started his Painting / Construction company. Since an early age he has supported himself and help the family when in need. Today is the proud husband with a family with dogs.
3. Loyal: Jonathan always put family and love ones first.

Jonathan deserves a second chance. He has a family to support and 32 employees' families that depend on him. He is needed in this world as a neighbor, new husband, Stepfather, Step Grandfather, a Boss and must of all my "Little Brother".