The Honorable Richard M. Berman
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

I am writing this letter with the understanding it will be used before determining sentencing for Jonatan Correa in the case where he has entered a guilty plea.
My name is Russell Torrens, I am 58 years old, a retired County Government employee and a friend of Jonatans for the past 7 years. I had the pleasure of meeting Jonatan for the first time when he began dating Jacinda Kahle who I consider to be one of my best friends. It didn't take any time at all to realize that Jonatan was a person who was kind, caring and had others best interests at heart. Simply put, I never doubted from the get go that Jonatan was genuine and would be someone who I would want to call a friend. As I have gotten older it is not how many people I hold dear to me but the quality of people I allow to be close to me. Jonatan is one of those people, a class act who works hard and is dedicated to those in his life. He is well respected by all who know him and those who depend on and work for him.
I would like to share with you just an example or two of the type of person I know Jonatan to be. I had the opportunity to spend several days with Jonatan when he had purchased his new home. He made it clear that I was welcome to stay in his home during this time or anytime. We spent time discussing his plans for the future and how this new home would have plenty of space for Jacinda's elderly father should he choose to live with them. We also discussed him wanting to have enough room for kids and grandkids to have a safe and secure place to live in the event it was needed. As it was getting later into the day we decided to get ourselves something to eat and headed for a local restaurant where we noticed an older couple arrive and sit down at the table adjacent to us. Jonatan made a point of saying hello. With a few brief words between the couple and Jonatan, we went back to our meal.  As we were getting ready to leave, Jonatan made sure to pick up the tab not only for mine and my wifes meal but the older couples' meal as well. He did so without any expectation of recognition. This is the type of person Jonatan is.
Another example of who Jonatan is would be he has shown me over the past 7 years to be a person who is always there to support his family, friends and employees be it emotionally or financially,  he does so without ever asking anything in return and does it even when issues in his own life may be stressful and difficult.
I could give you many examples of times I've witnessed Jonatan helping his community, from his support of SOS to simply helping someone pay their rent, always giving a hand up when anyone may need it, but that would fill pages. So I will leave with this. You will probably receive many letters from people in Jonatans life letting you know of his good deeds, his friendship and their need to have him around for his support. What you will not get is the letters from the many, Many people who have crossed Jonathan's path and who have benefited because of his generosity and willingness to help others and that is a shame as there would be a mail bag full of them.

As long as I have known Jonatan he has been gainfully employed, devoted to helping his family, friends and employees. Many folks depend on Jonatan and rely on him to be around from day to day, including myself. Please take these things into consideration before sentencing.

Respectfully Submitted

Russell Torrens
1608 Watson Street
Emporia Kansas
620-794-1949