Tamara Janice Torrens
1608 Watson St.
Emporia, KS 66801


February 12, 2021


Re: Jonatan Correa


To:     The Honorable Richard M. Berman
        United States District Judge
        Southern District of New York
        United States Courthouse
        500 Pearl Street
        New York, New York 10007


Jonatan Correa and I have been friends for about seven years.  We met through his fiance, my close friend, Jacinda Kahle.  During this time I have come to know him as a very responsible and compassionate person.  As a public educator, I try to help instill these character traits in my students.  I understand Jonatan has entered a guilty plea for copyright infringement and wish to share examples of why I support him and wish for leniency in his sentencing.

Jonatan has been in the painting and drywalling business throughout the time I have known him.  He was working for someone initially, but now runs his own business in the Kansas City area.  His business is thriving due to his dedication to his profession and reputation for good work.  He has many employees working for him and they are dependent on him for their income.  He puts in long hours and takes this responsibility to clients and employees seriously.  He has always treated his employees like family.  Whenever he has an employee experiencing personal problems, Jonatan will help them out whether it is simply a ride to and from work, a day off, or even helping them purchase a vehicle for the family.  He treats his employees with respect and compassion.  I have never heard him speak ill of those who work for him.

Jonatan also treats his family, friends, and even acquaintances with the same compassion.  Early into our relationship, Jacinda's mother passed away.  Immediately, he was offering her father the opportunity to live with them instead of being alone.  He has also repeatedly opened their doors to her daughter, who has a difficult relationship with her significant other, in spite of the increased stress it places upon their relationship.  Jonatan helped us paint our house when we moved, even when it required him to work after his normal business day.  He participated in several SOS fundraising events in the Emporia area due to his personal experience with abuse within his family.  I have also witnessed him pay for meals for people unknown to him.  In

addition, he always leaves large tips for waitresses because he knows how little they make and frequently need additional income.

I want to state that I have never known Jonatan Correa to make any profit from copying DVDs. I have only known him to be a caring individual that continually tries to help others with a hand up whenever he sees a need.  I consider him to be a dear friend who made a mistake.  I hope my examples can provide reason to encourage a lenient sentence.  I am confident he will not engage in this behavior again.

Sincerely,

Tamara J. Torrens