Davy Clark
2706 Pontiac Drive
Alamogordo, NM 88310

February 19, 2021

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Honorable Judge Richard M. Berman,

My name is Davy Clark and I am writing you in regards to the sentencing of Jonatan Correa. I am sure that you receive and read a multitude of letters regarding sentencings. My hope is that through my letter, you can see Jonatan Correa as his family and friends do.

I met Jonatan in 2014 through his fiancé, Jacinda Kahle. Every person you meet makes an imprint and Jonatan definitely made one on my life. 2014 was the year my life changed and everything I knew was reshaped into a new beginning. I was devastated and starting over. Jonatan was the first to help move all my belongings into my new home. Jonatan was the rock that brought laughter, stability, safety, and compassion. He was the one who made sure there was food cooking, so we could all disengage from chaos and engage in each other. Jonatan has always been the person that you know will be there for you when you pick up the phone. Having him in my corner has meant the world to me. He is a patient and kind man who gives more than he probably even realizes. Jonatan's character will continue to shape and grow through out every chapter of his life and I am so thankful that he is a part of my life.

Lastly, I know that his family would be devastated emotionally and financially if they were to lose Jonatan. Jacinda, Cierra and Kinsley all rely on Jonatan as their sole provider and more so now than ever with Cierra's divorce/custody proceedings.

With Sincere Gratitude,

*Davy Clark*
Davy Clark