The Honorable Richard M. Berman
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Berman,

I am writing this letter to attest to the high character and work ethic of Jonatan Correa. I have only known him for a short time, since November of 2021, but can already tell that he is someone I hope to build a lifelong friendship with. We were introduced by a mutual friend and have built our own friendship since then.

I can site several examples of his high character and family values. I'm sure you will receive an abundance of testimony to the situation with his now step daughter and step granddaughter. I have witnessed this interaction first hand several times in and out of the home and can say that he treats them as his own and shows the love a true father/grandfather would be proud of.

Jonatan also knows that I was adopted at a young age and was not brought up with strong family ties. To make me feel more welcome, he has invited and insisted that I attend multiple of his family events. These include birthdays, football gatherings, and of course his recent wedding. At each event Jonatan goes out of his way to make me feel apart of the family and comfortable in this setting. I have not experienced this type of warm welcoming before.

Jonathan also exhibits a strong work ethic as multiple times per week I try to get him to play golf with me to no avail. He also makes me wait until the weekend when the job is done. He also has come to my house to help with projects even after an exhausting day/week of work as he knows I'm not experienced with these types of home improvement chores. He asks for no favors in return, a sign of true friendship.

As a person that has travelled the world between my 27 years in the Army/Army Reserves and my role as North American Regional Logistics Manager for International Flavors and Fragrances, I can say that I have not met many persons with a more giving heart than Jonatan.

Sincerely,

William Burgoon
231 Prairie Lane
Wellsville, KS 66092
785-418-4038