2/22/2021

Marc Barber
[Type the sender company name]
Belton, Missouri 64012


The Honorable Richard M. Berman.
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007


**Your Honor,**

My name is Marc Barber; I am a pilot by profession and have operated in the Command-Captain position for over 20 Years in my career, including educator and evaluator positions for various operators. I have personally known Jonatan Correa a for over ten Years and am writing this letter in connection with his guilty plea and subsequent sentencing.

I consider Jonatan not just a friend but a selfless individual. On a personal level among many other such things he assisted me in a 12 Month Basement and deck project and then painted my entire house for free because that is who he is. In the time that I have known him he has been exemplary and dedicated, to his Family obligations, friends and to his employees all of whom rely on him.

Jonatan has always been generous and giving, occasionally to his own detriment and in my humble opinion this plays no small part in the situation he now finds himself in.


Marc Barber

*[signature]*

Captain, ATPL, Gulfstream 450, Hawker 4000.