The Honorable Richard M. Berman
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Your Honor,

I am writing in connection with Jonatan Correa and his upcoming sentencing.  I am aware of his entering a guilty plea in the matter concerning the illegal copy of DVD's.  In spite of my awareness of his situation, I find myself compelled to write a letter underlining the character of the person I have known almost my whole life.

Jonathan's older brother married my mom when we were still quite young, teenagers.  Because of our closeness in age, I refused to call him "uncle", instead treating him more like a brother – always joking and horsing around.  However, despite that playfulness, he was always protective, watching out for me and making known his disapproval of any boyfriend he didn't deem "good enough for his niece".  As the years went by, we faded in and out of contact due to the circumstances of life.  Despite this, I have always known without a doubt, that Jonatan would be there for me in a heartbeat, if there was anything I needed.

Over the last couple of years, our lives have once again become close, especially recently, as he married his long-time love, who also happens to be one of my closest friends.  Jonatan has grown immeasurably in the last years as I've watched their relationship grow.  He has taken on the mantle of provider, father and even grandfather with a seriousness and maturity that astounds those of us who have known him for years.  I can say, without the slightest reservation, that Jonatan's whole life revolves around his family – even the family not related by blood.  He is one of the most fiercely loyal people I have ever known.

During the early days of the pandemic, as was the case with many people, my job was not deemed "essential", and I was forced to close the doors of my salon.  In our state, unemployment was not yet available for folks that are self-employed.  Needless to say, I was struggling to make ends meet.  One day, I got a call from Jonatan asking how I was holding up.  He then asked me if I wanted to do some back yard haircuts that weekend.  He paid me exorbitantly for those haircuts, helping me out financially, but doing so in such a way that allowed me to maintain my dignity and pride.  It may seem like a small example of character, but something that I think underscores the thoughtfulness and generosity that defines his life.  I happen to know that this wasn't an isolated incident.  (As an aside for context, this event occurred exactly at the time corresponding with these charges first being brought against him.  So, during a time when his personal life had a maximum amount of stress and uncertainty, he still thought of others first).

Something I have noticed since the very beginning of these proceedings is how open and honest Jonatan has been about the situation facing him. He has been an open book, never shirking responsibility. Instead, he has taken accountability and shown remorse for his actions.  He has, to my knowledge, been as cooperative with the investigators and prosecutors as is possible, sharing

every piece of information asked for.  This is a man that understands the gravity of the situation he finds himself in.  He has learned his lesson and you can be sure he will not be making this mistake again.

As you contemplate sentencing in this case, it is my hope that this letter, along with the many others I know you have received, has shed light on the true character of Jonatan Correa.  We would all be devastated, in more ways than we can count, were you to enforce the maximum sentencing in this case.  He is an asset to his community, supports countless livelihoods through his business and is an irreplaceable component of our family.

Thank you for your time.

With Respect,

Desireé W. Phillips
307 Walnut St.
Wellsville, KS 66092
913.593.8767