**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                                              20 CR. 18 (RMB)

  -against-

                                                                                          **ORDER**

JONATAN CORREA,
                Defendant.
------------------------------------------------------------X

       In light of the continuing COVID-19 pandemic, the sentencing proceeding scheduled for Tuesday, May 11, 2021 at 10:00 AM is being held by video via Microsoft Teams pursuant to the CARES Act and applicable implementing court procedures.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-In Number: (917) 933-2166
       Conference ID: 313 539 728

Dated: May 7, 2021
       New York, NY

                                                    _____
                                                      RICHARD M. BERMAN
                                                            U.S.D.J.