UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

   -against-

JONATAN CORREA,
                Defendant.
------------------------------------------------------------X

20 CR. 18 (RMB)

**<u>ORDER</u>**

      In light of the continuing COVID-19 pandemic, the sentencing proceeding scheduled for Wednesday, May 19, 2021 at 12:00 PM is being held by video via Microsoft Teams pursuant to the CARES Act and applicable implementing court procedures.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-In Number: (917) 933-2166
      Conference ID: 496 160 955

Dated: May 12, 2021
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.