LAW OFFICES
DAVID WIKSTROM
950 THIRD AVENUE - 32ND FLOOR
NEW YORK, NEW YORK 10022

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

May 26, 2021

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. Jonatan Correa
20 CR 18 (RMB)

Dear Judge Berman:

I write to request a modification of the commencement date of Mr. Correa's community confinement, which was imposed as a condition of his Supervised Release.

In the Court's Judgment, your Honor designated June 3, 2021 for the community confinement to begin. However I am informed by USPO John Gabrielson from the District of Kansas that there will be no bed space in the facility until June 15, 2021.

Accordingly I ask your Honor to "So Order" this letter to modify the start date of Mr. Correa's community confinement. Assistant United States Attorney Andrew Chan consents to the application.

Application granted.

SO ORDERED:
Date: 5/26/21
Richard M. Berman, U.S.D.J.

Sincerely,

David Wikstrom