Jonatan Correa                          4                          6445442 -BL
Docket Number: 1:20CR00018-3



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### PROBATION OFFICE

*JUDICIAL RESPONSE*

THE COURT ORDERS:

[ ]   Transfer of Jurisdiction to the District of Kansas APPROVED

[X]   Transfer of Jurisdiction to the District of Kansas DENIED

[ ]   Other

**Application respectfully denied at this time (without prejudice). Probation Dept. may reapply after defendant completes his 3 month stay in a community confinement center, as provided in the sentencing judgment, and after the remaining conditions of supervised release have been implemented.**

*Richard M. Berman*

Honorable Richard M. Berman
Senior U.S. District Judge

**5/27/21**
Date