**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
              Government,

         20 CR. 18 (RMB)

   -against-

         **ORDER**

JONATAN CORREA,
              Defendant.
------------------------------------------------------------X

    The supervised release hearing previously scheduled for Thursday, September 23, 2021 at 9:30 AM is hereby rescheduled to Wednesday, October 13, 2021 at 11:00 AM.

    In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

    Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 2018


Dated: September 15, 2021
       New York, NY

                                 _____
                                    RICHARD M. BERMAN
                                         U.S.D.J.