LAW OFFICES
# DAVID WIKSTROM
950 THIRD AVENUE - 32ND FLOOR
NEW YORK, NEW YORK 10022

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

October 8, 2021

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: <u>United States v. Jonatan Correa</u>
      20 CR 18 (RMB)

Dear Judge Berman:

  By this letter motion, I ask the Court in Mr. Correa's to modify the Special Condition of Supervised Release mandating his participation in a substance abuse treatment program. I have attached the letter of Ms. Sue Jacobson, his present counselor, which reports that "Mr. Correa appears to have gained maximum benefit from counseling at this time, and has met criteria for completion of treatment services," subject of course to your Honor's approval.

  Mr. Correa experimented on a few occasions with marijuana and cocaine when he was around 21 years old (PSR ¶57). He is now 37 years old. Apart from a single use of a marijuana "gummy"—legally purchased on one occasion in Colorado, six months prior to his arrest—he has not abused substances for more than 15 years.

  Throughout the period of his pretrial supervision, Mr. Correa attended bi-weekly drug counseling sessions, during which there were no positive drug tests, and likewise no interference with daily living secondary to substance abuse, resulting in a determination that Mr. Correa did not meet the DSM 5 criteria for substance abuse disorder. (*See* Jacobson letter, ¶2).

  Mr. Correa has continued to attend weekly drug counseling sessions without incident since the Court imposed sentence in May. But given the conclusion of his drug counselor that it is appropriate to terminate said weekly sessions, together with the record of Mr. Correa's demonstrated ability to abstain, I respectfully ask the Court to terminate that requirement (*i.e.*, Special Condition # 3.)

I thank the Court for its consideration and assistance.

Sincerely,

David Wikstrom