**M I R R O R**                    913.766.1587

                                                           913.766.1668                www.Mirrorinc.org


David Wikstrom, Attorney at Law
950 Third Avenue, Floor 32
New York, New York 10022


9/22/21

Dear Sir,

Jonatan Correa is a 37-year-old married Hispanic male court ordered to weekly individual counseling/substance abuse treatment following sentencing. He is currently on federal probation for Conspiracy to Commit Copyright Infringement, supervised by John Gabrielson USPO.

Jonatan Correa was referred for weekly individual counseling sessions with this agency in July of 2021. This client had engaged in bi-weekly individual counseling sessions while on pre-trial status through April of 2021, during which there were no episodes of substance use and no interference with daily living secondary to substance use for over 10 years. It was determined at that time Mr. Correa did not meet DSM 5 criteria for a diagnosis of substance use disorder. He has been compliant with weekly treatment sessions and halfway house placement per court requirements. Despite hardships associated with this living situation, Mr. Correa has demonstrated his ability to adapt to these challenges and move forward while maintaining his business and family responsibilities in a productive manner. He has utilized his time in counseling to practice positive alternatives for dealing with stress and maintaining healthy boundaries that promote pro-social living. Mr. Correa appears to have gained maximum benefit from counseling at this time and has met criteria for completion of treatment services, pending court approval.

Respectfully Submitted,

Sue Jacobson LAC, NCAC I
Licensed Addictions Counselor
Mirror Lenexa Outpatient
8645 Hauser Court
Lenexa, Kansas 66215

CC: John Gabrielson Sr. USPO