UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
               Government,

   -against-

JONATAN CORREA,
               Defendant.
------------------------------------------------------------X

20 CR. 18 (RMB)

**ORDER**

The supervised release hearing previously scheduled for Wednesday, October 13, 2021 at 11:00 AM is hereby rescheduled to Monday, October 18, 2021 at 9:00 AM.

In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information:

   USA Toll-Free Number: (877) 336-1829
   Access Code: 6265989
   Security Code: 2018


Dated: October 13, 2021
       New York, NY

                                       _____
                                          RICHARD M. BERMAN
                                                U.S.D.J.