**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                     20 CR. 18 (RMB)
   -against-

                                                                    **ORDER**

JONATAN CORREA,
                Defendant.
------------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Monday, January 24, 2022 at 10:30 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:
      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 2018

Dated: January 19, 2022
       New York, NY

                                                    _____
                                                    RICHARD M. BERMAN
                                                          U.S.D.J.