Prob 12A (7/93)
(D/KS 01/2022)

PACTS# 7076821

# United States District Court
## for the
## District of Kansas

## Report on Offender Under Supervision

Name of Offender:  **Jonatan Correa**                Case Number:  **0208 1:20CR00018-003**

Sentencing Judicial Officer:  Honorable Richard M. Berman, Senior U.S. District Judge

Date of Original Sentence:  05/19/2021

Original Offense:   Copyright Infringement Conspiracy To Defraud The United States, in violation of 18 U.S.C. § 371, a Class D Felony

Original Sentence:  9 Days Prison, 27 Months Supervised Release

Type of Supervision:  TSR                Date Supervision Commenced:  05/19/2021

---

## SUMMARY

On May 19, 2021, the above referenced defendant was sentenced by the Honorable Richard M. Berman, U.S. District Judge, for the offense of Conspiracy To Commit Copyright Infringement. As a condition of the defendant's supervised release, he was ordered by the Court to participate in weekly therapeutic individual counseling by a licensed therapist.

The defendant began therapeutic services with RoShanna Robinson on or around November 10, 2021, and he has attended sessions on a weekly basis. Per Ms. Robinson, Mr. Correa "has been challenged to critically think situations, thought processes, and behavior patterns and has been really receptive to the therapeutic process." Ms. Robinson reported she believes at this point that he "is rehabilitated and recommends that the court mandated therapy be suspended." Therefore, this officer respectfully recommends that the mental health treatment condition be suspended at this time. Suspending the condition does not remove it but allows the probation officer to hold off on referring the defendant to a treatment program unless warranted. If treatment is indicated in the future, the probation officer can implement the condition and make the appropriate referral.

Prob 12A -2-
*Name of Offender:* Jonatan Correa                                        Case Number: 0208 1:20CR00018-003

Respectfully submitted,

by *[signature]*
Abby Maracic
U.S. Probation Officer Assistant
Date: 03/17/2022

Approved:

*[signature]*
Melissa Goldsmith, ADCUSPO

*Please indicate the Court response below and return to the U.S. Probation Officer*
*Please indicate the Court response below and return to the U.S. Probation Officer*

☐ The Court Concurs
☐ The Court Does Not Concur
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☒ Other:   The Court will hold a hearing on 4/13/22 at 10:00 am.  No modifications shall be made until discussed at the hearing.

*[signature: Richard M. Berman]*

Signature of Judicial Officer
3/22/22
Date

cc: AUSA