UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                20 CR. 18 (RMB)

   -against-

**ORDER**

JONATAN CORREA,
                Defendant.
------------------------------------------------------------X

In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Wednesday, April 13, 2022 at 10:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information:
    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 2018

Dated: April 6, 2022
       New York, NY

                                      _____
                                         RICHARD M. BERMAN
                                               U.S.D.J.