**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
              Government,

    -against-

JONATAN CORREA,
              Defendant.
------------------------------------------------------------X

20 CR. 18 (RMB)

**ORDER**

        In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Thursday, May 26, 2022 at 9:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

        Participants, members of the public and the press can use the following dial-in information:
    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 2018

Dated: May 18, 2022
       New York, NY

_____
       RICHARD M. BERMAN
       U.S.D.J.